**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PHILLIP DAVID HASKETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-14-279 |
| | § | |
| CAPITAL LAND SERVICES, INC., a/k/a | § | |
| CLS GROUP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF CLARIFICATION**

The court held a discovery hearing on March 20, 2015.  At the hearing, the court denied

Phillip David Haskett's motions to extend discovery and to extend the time for filing a response to

the defendants' summary judgment motion. (Docket Entry Nos. 20, 25).  The court directed Haskett

to file a response to the defendants' motion by April 10, 2015, that addresses the defendants'

arguments on (1) limitations and (2) his claim for breach of the settlement agreement.  The court

issues this order to clarify that Haskett's response should also address the defendants' arguments on

(3) his tortious-interference claim.

SIGNED on March 20, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge